CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 22 2008
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL F. RECKARD, | ) | |
| Petitioner, | ) | Civil Action No. 7:08cv00510 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE M. JOHNSON, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the above referenced petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER**: This 22nd day of September, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge